ZERNICKE, Appellant, vs. R. J. REYNOLDS TOBACCO COMPANY and others, Respondents.

For the appellant.: *Eberlein & Larson* of Shawano.

For the respondents: *North, Parker, Bie, Duquaine, Welsh & Trowbridge* of Green Bay.

*By the Court.*—Judgment affirmed.

A motion for a rehearing was denied, with $25 costs in one case, on January 13, 1931.

FISCHER, by guardian *ad litem*, Appellant, vs. R. J. REYNOLDS TOBACCO COMPANY and others, Respondents.

For the appellant: *Eberlein & Larson* of Shawano.

For the respondents: *North, Parker, Bie, Duquaine, Welsh & Trowbridge* of Green Bay.

*By the Court.*—Judgment affirmed.

A motion for a rehearing was denied on January 13, 1931.

MILLER, Respondent, vs. FEDERAL MUTUAL AUTOMOBILE INSURANCE COMPANY, Appellant.

For the appellant: *Bender, Trump, McIntyre & Freeman*, attorneys, and *Eugene L. McIntyre* of counsel, all of Milwaukee.

For the respondent: *L. J. Fellenz* of Fond du Lac.

*By the Court.*—Judgment affirmed.